IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL, et al.,

        Plaintiffs,                No. 2:11-cv-02075 GEB KJN PS

        v.

NATIONWIDE INSURANCE
COMPANY, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

/

        On October 21, 2012, the court granted plaintiff Igor Chepel's application to proceed in forma pauperis (Dkt. No. 4).[1]  However, on March 29, 2012, plaintiff commenced another action in this court, <u>Chepel v. Mize, et al.</u>, 2:12-cv-00803 GEB KJN PS (E.D. Cal.), and paid the $350 filing fee.[2]  Accordingly, there is reason to believe that Mr. Chepel's allegation of poverty is untrue, in which case Mr. Chepel's claims are subject to dismissal.  <u>See</u> 28 U.S.C. § 1915(e)(2)(A) (providing that "the court *shall* dismiss the case at any time if the court determines that . . . the allegation of poverty is untrue") (emphasis added).  As a result, the court

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] The court may take judicial notice of court records and other matters of public record.  <u>See</u>, e.g., <u>Bias v. Moynihan</u>, 508 F.3d 1212, 1225 (9th Cir. 2007); <u>Reyn's Pasta Bella, LLC v. Visa USA, Inc.</u>, 442 F.3d 741, 746 n.6 (9th Cir. 2006); <u>Shaw v. Hahn</u>, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995).

orders Mr. Chepel to show cause why he should not be ordered to pay the applicable filing fee in this case or have his claims dismissed without prejudice.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. On or before June 29, 2012, plaintiff Igor Chepel shall show cause in writing why he should not be ordered to pay the $350 filing fee in this case.

2. Plaintiff's failure to file the required writing will result in a recommendation that Mr. Chepel's claims be dismissed with prejudice.

3. Alternatively, plaintiff may pay the applicable filing fee. However, even if plaintiff pays the filing fee, he must also file the required writing addressing why his claims should not be dismissed on the basis of an untrue allegation of poverty.

IT IS SO ORDERED.

DATED: June 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE