IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGOR CHEPEL and
LYUDMILA ROSSOSHANSKAYA,

        Plaintiffs,                              No. 2:11-cv-2075 GEB KJN PS

    v.

NATIONWIDE INSURANCE COMPANY
et al.,

        Defendants.                        ORDER DISCHARGING OSC

/

        On October 21, 2012, the court granted plaintiff Igor Chepel's application to proceed in forma pauperis (Dkt. No. 4).[1]  However, on March 29, 2012, plaintiff commenced another action in this court, Chepel v. Mize, et al., 2:12-cv-00803 GEB KJN PS (E.D. Cal.), and paid the $350 filing fee.[2]  Because there was reason to believe that Mr. Chepel's allegation of poverty is untrue, potentially rendering Mr. Chepel's claims subject to dismissal, the undersigned

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

[2] The court may take judicial notice of court records and other matters of public record. See, e.g., Bias v. Moynihan, 508 F.3d 1212, 1225 (9th Cir. 2007); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006); Shaw v. Hahn, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995).

1

1  ordered plaintiff to show cause why he should not be ordered to pay the applicable filing fee in
2  this case.  (Order to Show Cause ("OSC") issued June 6, 2012, Dkt. No. 6 (citing 28 U.S.C.
3  § 1915(e)(2)(A) (providing that "the court *shall* dismiss the case at any time if the court
4  determines that . . . the allegation of poverty is untrue") (emphasis added).)
5        Plaintiff Chepel timely filed a response to the OSC ("Response").  (Response,
6  Dkt. No. 7.)  Plaintiff's Response sufficiently explains how the filing fee in plaintiff's other
7  action came to be paid, and why plaintiff should be permitted to retain in forma pauperis status in
8  this action.  (Id.)
9        Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:
10        The Order to Show Cause (Dkt. No. 6) is discharged.
11        IT IS SO ORDERED.
12  DATED:  September 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE