1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IGOR CHEPEL and
     LYUDMILA ROSSOSHANSKAYA,
11
                 Plaintiffs,                No. 2:11-cv-2075 GEB KJN PS
12
             v.
13
     NATIONWIDE INSURANCE COMPANY
14   et al.,

15              Defendants.                 ORDER DISCHARGING OSC

16   _____/

17              On October 21, 2012, the court granted plaintiff Igor Chepel's application to

18   proceed in forma pauperis (Dkt. No. 4).[1]  However, on March 29, 2012, plaintiff commenced

19   another action in this court, Chepel v. Mize, et al., 2:12-cv-00803 GEB KJN PS (E.D. Cal.), and

20   paid the $350 filing fee.[2]  Because there was reason to believe that Mr. Chepel's allegation of

21   poverty is untrue, potentially rendering Mr. Chepel's claims subject to dismissal, the undersigned

22   _____

23       [1]  This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).
24
         [2]  The court may take judicial notice of court records and other matters of public record.
25   See, e.g., Bias v. Moynihan, 508 F.3d 1212, 1225 (9th Cir. 2007); Reyn's Pasta Bella, LLC v.
     Visa USA, Inc., 442 F.3d 741, 746 n.6 (9th Cir. 2006); Shaw v. Hahn, 56 F.3d 1128, 1129 n.1
26   (9th Cir. 1995).

                                               1

1  ordered plaintiff to show cause why he should not be ordered to pay the applicable filing fee in

2  this case.   (Order to Show Cause ("OSC") issued June 6, 2012, Dkt. No. 6 (citing 28 U.S.C.

3  § 1915(e)(2)(A) (providing that "the court *shall* dismiss the case at any time if the court

4  determines that . . . the allegation of poverty is untrue") (emphasis added).)

5            Plaintiff Chepel timely filed a response to the OSC ("Response").  (Response,

6  Dkt. No. 7.)  Plaintiff's Response sufficiently explains how the filing fee in plaintiff's other

7  action came to be paid, and why plaintiff should be permitted to retain in forma pauperis status in

8  this action.  (Id.)

9             Accordingly, for the foregoing reasons, IT IS HEREBY ORDERED that:

10            The Order to Show Cause (Dkt. No. 6) is discharged.

11            IT IS SO ORDERED.

12  DATED:  September 20, 2012

13

14

15                       KENDALL J. NEWMAN
                           UNITED STATES MAGISTRATE JUDGE

2